UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JUSTIN L. THOMAS (#193772)

VERSUS

NURSE CINDY, ET AL.

CIVIL ACTION

NO. 15-681-JWD-RLB

## **O P I N I O N**

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

**IT IS ORDERED** that the Court declines the exercise of supplemental jurisdiction over any potential state law claims, and that the plaintiff's action is dismissed, with prejudice, as legally frivolous, and for failure to state a claim upon which relief may be granted1 pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

Signed in Baton Rouge, Louisiana, on April 27, 2016.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**